Obie L. Crisp III
D/6/B 107
P.O. Box 32080
Stockton, CA. 95213

United States Eastern District of Courts California

Obie L. Crisp III
    plaintiff

vs.

CEO Jackie Clark, et.al.,
    Defendant(s)

"No Jury Trial"

Case.

FILED
NOV 29 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

1983 Complaint

2:16-CV-2824 EFB PC

I. Jurisdiction

paragraph 1

Comes now Obie L. Crisp III, plaintiff in the above matter, who is over the legal age of 18 years of age, he envokes pendant jurisdiction so the Courts may hear the following Claim(s): Federal, State, ADA/Title II/RA 1973, and Unruh Act Claim(s) Against All named Defendant(s) Official &/or personal Capacities Claim(s) and Entities, "CHCF"- Ca Health Care - Facility and "SJGH"- San Joaquin General Hospital     Continue

Continue Paragraph 1

## II. Parties

(1) Jackie Clark-CEO, (2) Anise Adams-CME, (3) Galen H. Church-CP&S, (4) R. Singh-CP&S, (5) Euredis Chipendo-NP, (6) Huu Nguyen-Dr., (7) Eugene Nguyen-PCP, (8) C. Escobar-RN; (9) CHCF Doe(s) 1-5, (10) San Joaquin General Hospital~"SJGH", (11) Catharene A. Fontecha-Doctor, (12) Courtney K. White-Doctor, and (13) SJGH Doe(s) 1-10.

## Paragraph 2

Note: There are allegation(s) by Defendant(s) Doctor(s) Fontecha & White that a high ranking Doctor named Dr. Fuu had previously told Agent(s) at CHCF not to bring the plaintiff to SJGH that day; so discovery will be needed to acquire specific name(s) and fact(s).

## Paragraph 3

Plaintiff intends to bring claim(s) under the Unruh Act & ADA/Title II/RA 1973 for Denial(s) of reasonable accommodations of: Bariatric Wheel Chair, Bed Trapeze & Hoyer Lift; to facilitate his needs of Going to the Bath Room & Showering, he is mobility impaired (full time wheel chair user) & super morbidly obese at over - 490 Lbs.

Summary of Complaint

paragraph 4

Multiple Defendant(s) had Conspired to "Dump" the plaintiff at "SJGH" / M.G.U (medical Guard unit) when they thought it was a possibility of him dying (This was part of an alleged Campaign to lower the well publicized death rate at CHCF; see Ex P.et seq There was such reports by the prison law offices that were monitoring the high rate of death's at CHCF), the Defendant's went as far as to Create "Fraudulant" medical Records Alleging "patient was Complaining of Severe Stomache pains, and has to go to the "SJGH" Emergency (Subponea Video of 12/15/15 of Both the F.S.S area by law library & D/6/13 between 8:00 AM - 3:00 pm will Show the Reporting Ailments to be Fraudulant; furthermore plaintiff was at the law library when medical Staff "Sent For him"; the Defendant(s) Manipulated the fact that plaintiff had a long Standing order for a "Pic-line", as the lie that was told to plaintiff & witness by lead "A.M.R" paramedic Tim.

paragraph 5

The initial Conspiracy & Fraudulant medical record's & Allegation(s) by the Def(s) is Compounded by the fact that "SJGH":(1) admitted plf. against a signed refusal, (2) Denied him ADA/RA 1973 Device's: Bed trapeeze, Bariatric Wheel Chair & Hoyer lift so plf could get to either Toilet or shower; the denials resulting in him having to defecate on his self,(3) Had no room; so plf

Cont. paragraph (5)

1. had to spend over 10 hours hand cuffed & Shackled on a tiny couch in the OBGYN Room (plf is super morbidly obese at over 490 lbs @ 5/8); which caused him severe pain to back-hipps, (4) was kept from ongoing Anti-biotic; causing infection to spread at a unheard of rate compared to previous progression, and suffered for day(s) without ongoing pain meds, (5) was denied food & water for multiple days, (6) suffered dangerous conditions

paragraph 6

## IV. Rule of law(s)

(A) Title II, patient's bill of Rights, and the CHCF "CTC" Contract that plf. signed (see Ex A. et. seq Contract.) All say that patient's Have the Right to Refuse Care.

(B) The ADA/Title II / RA 1973 law(s) State disable people will not be deprived of Necessary ADA Device(s) (plf. is a super morbidly obese patient @ over - 490 lbs, who is a full time wheel chair user and requires a Bed trapezze to competently Shift &/or transfer out of bed; A fact that was expressed to Both CHCF & SJGH Agent(s) during & after plf. initial SJGH Stay in or between OCT - NOV 2015, (multiple times) when plf had to deficate on his self * from not being able to get a trapezze & Bariatric wheel chair to reach the toilet)

(C) Adequate medical Records is a component of Adequate medical Care under the 8th and 14th Amendment's

V. History of fact(s)

paragraph 7

plf was hospilized on or between Oct-Nov 2015 at SJGH"/M.G.V for Acute Cholecystitis (his Gall Bladder was Killing his body) the infection had nearly Killed him until his "W.B.C" (white Blood Count), when it was clear his infection was under Control plf requested to sign a refusal to leave; He told the unknown Dr or RN "It's because no one is willing to get me a wheel chair or trapeze, I'm tired of having to crap myself" plf was sent back to SJGH, upon his return he told staff he would never go back because he could not get ADA Device's & had to Crap on his self Repeatedly (see Ex B·et·seq Note Confirmation)

paragraph 8

Between Nov - Dec 2015 plaintiff was taking oral Anti-biotics, they weren't proving capable of delivering enough Anti-biotic to PLF system; so on or about 12/11/2015 Defendant(s): E. Nguyen & RN. Escobar began telling plaintiff that the order's were filed for plaintiff to get a "pic-line" to facilitate a stronger & faster delivery of the Antibiotics (see: Ex(s) C·et·seq promises of "pic-line")

paragraph 9

On or about 12/13/15 lab results had shown that the plaintiff "W.B.C" was up to a high rate, which was already Expected by plaintiff; because a slow progression of the infection had started week(s) prior, hence "promises" of a pic-line.

### paragraph 10

On or about 12/15/15 plaintiff was at the law library when Doctor(s) at "S.E.M.S" (stand by Emergency Services) sent officer's to get him, saying "Doctor(s) want to talk to you" upon entering SEMS plaintiff spoke to Def(s): E. Chipendo & Huu Nguyen who said "your going to SGH" "for a pic-line procedure", plaintiff "how long will it take, because I aint Staying overnight in that cesspool M.G.U"; Both Def(s) Chipendo & Nguyen said "No, you will be returning".

### paragraph 11

plaintiff went to his cell to drop off his legal work, immediately a RN said "your not going for your pic-line", plaintiff "yes Im leaving now".

### Continue paragraph 11

Upon returning to S/E/M/S, plaintiff again confirmed that "it was not a long procedure & he would be returning in a few Hours", this was witness by lead A.M.R paramedic Tim, who also confirmed with Def(s) Chipendo & Doe(s) "This is a return trip" they all said yes.

### paragraph 12

Upon Shortly arriving at "SJGH" a triage RN Josephene Arroyo said "Why is he here" Tim "for a pic line", RN J-Arroyo "I dont think so" "But let me call Scheduling" In less than (2) min's) She had Confirmed that No Such order was placed. Tim "That damned place lied to us, They Said everything was already set up, I heard several people

1. tell him he was comming for a pic-line" (later acqu-
2. ired records proves that Def. E. Nguyen had infact actu-
3. ally cancelled the Standing order for a pic-line by the
4. date on or about 12/13/15; See Exhibit D. et. seq Def(s): Escobar, Adams
5. Church, Singh, Clark, Chipendo, H. Nguyen & E. Nguyen
6. were aware that there was No standing order for
7. a pic-line; that was the pretense for which they
8. all conspired to manipulate the patient, worse yet
9. is their falsifying of medical Records. CHCF. et. al
10. had fraudulantly Alleged "patient complaining of
11. Severe   Abdominal pains, and needs to go to the
12. Emergency room at SJGH", this Bold face lie will
13. be proven when video surveillance of f.s.s and
14. D/6/13 for 12/15/15  8:00 AM - 3:00 pm is infact
15. subphonea to show NO Request for medical Aide
16. was made & plaintiff was at the law library
17. in "NO Distress")
18.                    paragraph. 13
19. upon realization of pic-line lie, plaintiff immediately
20. requested a refusal form (see: Exhibit(s) E(1) "SJGH"
21. Refusal of Care Form) so he could Go back with waiting
22. Tim & A.M.R Ambulance; however "SJGH" said they
23. had to forcibly admit plaintiff, yet there was No
24. available space so plaintiff was dumped on a
25. hard couch in the OBG-YN room.
26.                    paragraph. 14
27. While handcuffed & shackled on a tiny couch (The
28. plaintiff was super mordid & obese @ 490#) at 5/8")

(cont. paragraph 14)

plaintiff was privy to a conference call between Defendant(s): Dr. C.A. Fontecha & Dr. Huu Nguyen; witness by C/o Varoomen, Def. C.K. White & plaintiff. Fontecha "he's refused all care & treatments, I dont want to force care upon this man" Nguyen "I'm tired and have other patients, I dont care what he wants; Dump his ass in M.G.U, and dont call me back". Dr. Fontecha said "I've never been talked to like that by a fellow colleague", C/o Varoomen put her in contact with the night warden, where she again complained of "Forced Care" and Dr H. Nguyen Abusive treatment.

paragraph 15

Def(s) Dr(s): Fontecha & White said "When CHCF called earlier about admitting you, Dr Fuu told them NOT to bring you back here; because SJGH could not help you because you need tertiary care (note: Discovery is needed to findout just who were all aware of Dr Fuu warning, that plaintiff needed Tertiary Care; where Bariatric Size patients are routinely treated, like UC Davis.), it was then that plaintiff turned to witness C/o Varoomen and said "Told you they dumped me here because they thought I was about to die (see Ex P. et seq' P.L.O" statement of Death's at CHCF, following before and also after were close monitoring of the "High Rate" of patients death at failure CHCF; who appeared to have went on a "Smoke Screen Campaign to

Cont- paragraph 15

: Obfuscate the records of death(s) by forcing a high number of patients to go to the Hospital so if & when they died enroute in the ambulance or at the Hospital its self, those death's were not counted in the actual mortality rate at "CHCF", thus covering up the failure of a Hospital in plf opion.)

paragraph. 16

plaintiff spent over 10 hour's handcuffed & shackled on a tiny couch that hurt his back & hipps, he was eventually enslaved in M.C.U; where officers took his fast acting rescue inhailer Xopenex & or Levalbuteral (placing him at risk for death, this was told to the officer's who said "They didn't care", It's how they do things".), he was forced into more tight shackles (He again tried to explain to callous officer's that he takes lasix water pills due to swelling, and that the metal cuff was cutting into his ankle; Again the C/O(s) said it was their policies)

paragraph. 17

Shortly after plaintiff asked a medical staff for "a Trapeze & a Bariatric wheel chair, so he could go to the bathroom & shower", unknown medical staff said "This is MCU, we dont offer that stuff up here" plaintiff "well a hoyer lift just to sit me on the toilet" She still said "we dont have that on this floor"; so the plaintiff had to deficate on his self and wait —

long periods of time, plaintiff waited for over a hour one time to be cleaned of feces, he grew so disgusted with staff ignoring his call for help (The Emergency part of the call buttons in MCJ Had been disabled, in multiple rooms, plaintiff watched prisoner attempt to use Emergency function); that he hit the code Call Button saying "This feces is drying hard to me, without a shower it won't be wiped clean" and it wasn't.

paragraph 18

For day(s) plaintiff held without food & water & kept from his prescribed Anti-Biotics & pain meds, Everyday a unknown female Hospital Administrator would come and tell plaintiff "We Can't Give you food or water, it requires a doctor order; if you would rescind your refusal of care we could feed & give you water," plaintiff "you are violating the patient Bill of rights, and forcing care upon me, this place won't even give me Necessary ADA Accommodation(s) to access my bathing & showering needs". Everyday the plaintiff would inform Every medical staff who came to see him that they "were allowing CHCF to utilize them in violating numerous rights & laws, and that I need my pain meds & Antibiotics; they were keeping me from prescribed Care.".

paragraph 19

After a few day(s) CHCF et.al./Agent(s) attempted to him plaintiff declared "Incompetent" to refuse care, yet a psych doctor said he was Competent to make a

Case paragraph. 19
: Clear Choice to Refuse Care (see Ex E(2) psych report)

paragraph. 20

The Entire time Def-Dr. Fontecha had warned the CHCF Defendant(s) that "She will Continue to request that he be discharged back to CHCF, and that the patient will likely be found "Competent" to refuse care; And THAT IT WAS UNSAFE FOR PATIENT TO BE HELD AT THEIR FACILITY", CHCF Defendant(s) had this information for atleast (2) Day's, they allegedly had multiple meeting's on the matter and Still refused to Stop Denying plaintiffs Rights/and Return him back to CHCF (see Ex E(3)-(6) Dr Warnings)

paragraph 21

Those Several day's denied ongoing prescribed Care at CHCF, Resulted in plaintiffs infection jumping at a Rate far Exceeding previous progressions; He ended up being re-Hospitilized again, but at UC Davis where he Finally recieved a pic line.

paragraph. 22

Upon recovering from the infection at UC Davis, the plaintiff began doing thorough research with lead to him acquiring: (A) Records of "Fraudlant Hospital Emergency Admission" Complaining of Abdominal pains (See: Ex F.et.seq "false Records") (B) Records of "SJGH" doct--or's Warning(s) of Risk(s) to patient with Keeping him at SJGH (See Records/Ex(s) E.et.seq ); which prompted plaintiff to write Def(s) about Fraudulant records, (see Exhibit(s) G.et.seq Form 22(s) of Misconduct(s) ) and to also

Cont. paragraph 22

1. write SJGH regarding evidence(s) found by plaintiff.
2. This prompted CHCF to begin intercepting mail that
3. addressed to "SJGH" (see: Ex G(1) Intercepted lawful
4. request for information), which appears to be a way
5. to derail a lawful investigation.

## VI. Conclusion

### paragraph 23

9. The Defendant(s) action(s) were willful & Conspired,
10. starting with Refusing &/or ignoring the clear prior
11. warning by Dr. Fuu "Not to Bring plaintiff back
12. to SJGH (This warning is credible because plaintiff
13. himself is aware of Multiple such instructions
14. "Repeatedly & previously" Given to CHCF; see
15. Exhibits H. et. seq Reports by multiple doctor's saying
16. "They could not help patient, he needed tertiary
17. level of care), which means their reason(s) for:
18. lieing to & misleading their patient/plaintiff and
19. Falsifying medical records & false Emergency room
20. Admittance report(s) Serve No Genuine medical
21. Based &/or Related interest cause they were
22. aware that help could not be provided.
23. Furthermore Dr Fontecha sent CHCF Defend-
24. -ants numerous reports (Ex E. et. seq Dr. Warnings)
25. that their action(s) &/or inaction(s) were infact
26. placing the plaintiff at risk; San Joaquin General
27. Hospital Co-signed off on the risk(s) to plaintiff and
28. Violation(s) of law(s) & Right(s) by refusing to train

Continue paragraph 23

; & or Correct & or monitor & or supervise their staff/Doctor's & Employee's in patients rights & or Governing laws concerning "forcing" Care upon a patient/prisoner, Both Def(s) Fantecha & White, admitted awareness that: plaintiff was being Forced Care, plaintiff was being Kept from his ongoing prescribed Care, the risk(s) to plaintiff at being held at "SJGH" & they noted plaintiff had signed a refusal of Care & was Competent to make refusal.

Paragraph 24

Damage(s)

The following damage(s) are being brought against the Defendant(s) personal Capacities(s); Against Def(s) Jackie Clark, Anise Adams, Galen Church, R. Singh, E. Chipendo, H. Nguyen, C. Escobar & E. Nguyen & Does 1-5 for: (1) Falsifying medical Record(s); (2) Deliberate indifference to Serious medical Conditions, (3) Conspiracy, (3) Denial of Adequate medical Care, (4) Impedement of Ongoing & or prescribed Care, (5) Dangerous living conditions; without rescue inhaler, (6) Dependant Adult Abuse, (7) Cruel & unusual punishment, (8) Denial(s) of Equal protection(s) (e.g. To Adequate medical Care, To Not be Forced Care, To Refuse any medical Care, To ADA/RA 1973 Assistive devices Bariatric Wheel Chair-Bed Trapeze, Hoyer lift) (10) Negligent medical Care, (11) Abuse of discretion, (12) Intentional torts, (13) CHCF CTC Contract-Violation(s), these Counts of Damages is against the Above named defendant(s) who had Due Duties to obey All law(s) of federal-state

Damages, part (2)

paragraph 25

The following Damage(s)/Count(s) are against All Defendant(s): Jackie Clark, Anise Adams, Galen Church, R. Singh, E. Chipendo, H. Nguyen, F. Nguyen, C. Fontencha, C. White, Doe(s) 1-5 (CHCF) & Doe(s) 1-10 (SJGH) for (14) forced admission(s) into San Joaquin General Hosp, (15) unlawful amount of time handcuffed, (16) unlawful amount of time shackled, (16) Denial(s) of access to ongoing &/or prescribed care/med(s) Antibiotic &/or pain meds, (16) Harmful living Conditions.

Damages part (3)

paragraph 26

The following Damages/Counts are against All named defendant(s) in paragraph 1 (parties) in their official capacities for (17) Denial(s) of ADA/RA 1973 Assistive Device Bariatric wheelchair, (18) Denial(s) of ADA/RA 1973 Assistive Device Bed Trapeze, (19) Denial(s) of ADA/RA 1973 Assistive Device Hoyer lift, (20) Violation(s) of ADA/Title II & R.A. 1973, who had a Due Duty to obey All law(s) of Federal & State & Constitution which they failed to do in denying Reasonable accommodation(s) & for his ADA/RA 1973 Needs & causing mental Anguish

Damage(s) part 4

paragraph 27

The following Damage's/Count's are against All named defendant(s) in paragraph 1 (parties)

1. in their professional capacities for (21) Denial(s)
2. of Adequate Sanitation & or Hygiene; due to being
3. denied Shower's & having to repeattedly sit
4. in ones own defication (22) Denial(s) of
5. Adequate living Condition(s); mental Anguish.

### Damages part(5)
### paragraph 28.

Counts &

8. The following Damage(s) are against Defendant(s)
9. Co health Care facility & San Joaquin General-
10. Hospital for (23) Unruh Act violation(s) &
11. Violation(s) of ADA/Title II/RA 1973, (24) Failure(s)
12. to train, Correct & or monitor Subordinate(s)
13.   plaintiff hereby reallege & incorporate by reference
14. paragraph 1 Through 28, inclusive, as though -
15. Fully stated at length herein. The Defendant(s)
16. had a Due Duty to obey all law(s) of: state; federal &
17. Constitution.. etc, which they all failed to adhere
18. to, whether as Subordinate's & or Respondeat-
19. Superior(s), their Action(s) & or inactions did
20. so Contribute legally, directly & proximately to
21. damage(s) stated in paragraph 24 Through 28.
22.
23. wherefore plaintiff prays for:
24. 1) All named Defendant(s) to be served by the
25. Court/U.S. Marshal
26. 2) pendant jurisdiction of State, federal &
27. All other Claims to be heard in this Court
28. 3) Compensatory Damage(s): 250,000 ºº

Continue Claims for Damages

4) Punitive Damage(s): 250,000.00 (+) Mental Anguish
5) Unruh Act Damages: 250,000.00
6) ADA/Title II/RA 1973 Damages: 250,000.00
7) For a permanent injunction: A court inquiry & or court monitored investigation into All Complaint(s) & Allegation(s) by prisoner(s) Statewide against the various Sub-Contracted hospital's which house prisoners; to cess out Abuse & misconduct.
8) For NO Jury Trial, plaintiff wishes to exercise his right to have a Judge(s) Bench order/Decision
9) For the following Video to be Subphoneaed: CHCF (F.S.S & D/6/13) 8:00am - 3:00pm, & "SJGH" (All Rooms plaintiff was housed in) from 12/15/15 - 12/19/15 24 hours time blocks.
10) Due to the complexities of this suit being against CHCF & Agent(s) and the "SJGH" Hospital, plaintiff request the Appointment of Counsel
11) Cost of the suit incurred herein.
12) Financial Damage(s) 25.00 (+)
Plaintiff states that he has: filed the 602 Exhausted Remedy appeal, The Government Claims Board App, & a claim against the SGH County tort Application in County San Joaquin All information is correct & signed under penalty of purjury a True.
Obie L. Crispill AL6821
11/22/2016

1    COMES NOW, Obie L. Crisp, III, stating:

3    1). I am the plaintiff in this matter;
4    2). I am over 18 years of age, and a citizen of the U.S.;
5    3) plaintiff submitts this declaration in both support & explanation why he did not attach an official Informa pauper's package, woefull inadequate law-library time & the fact that CHCF Trust Supervisor's have Routinely took week(s) to complete the IFP pkg information so it could be returned to the courts; the stated fact(s) measured against the State Tort & County tort time limit(s) forced plaintiff to mail his claim without a Standard "IFP" Application, while still attaching a Certified trust printout of ~~hic~~ his trust account.

(Exhibits will have to Sent to court later) plaintiff prays the court will accept his Complaint because time Constraint(s) are needing to be met, thank you.

All information is correct & signed under penalty of purjury

28   Obie L. Crisp III    [signature]   11/23/16

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Obie L. Crisp III

### DEFENDANTS
CEO Jackie Clark et al.,

**(b)** County of Residence of First Listed Plaintiff: San Joaquin
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: San Joaquin
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*: N/A

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | [X] 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
1983 with pendant jurisdiction of State, ADA/RA 1973 & Unruh Act claims
Brief description of cause:
Agent(s) conspired to force care on pltf, Denied ADA/RA Device(s), Pain..etc.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 250,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes [X] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____
DOCKET NUMBER _____

DATE: 11/23/2016
SIGNATURE OF ATTORNEY OF RECORD: [signature] "pro se"

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# PROOF OF SERVICE BY MAIL
## [CCP §§ 1013(a), 2015.5]

STATE OF CALIFORNIA, COUNTY OF *Sacramento*

I am a citizen of the County of *San Joaquin*, State of California. I am a citizen of the United States of America. I am over the age of eighteen (18) and not a party to this action. I am a resident of the County of San Joaquin, CDCR#*AL6821*. My address is:

California Health Care Facility

*D/6/B 107 pmB 32080*

Stockton, CA 95213

On *11/23*, 2016, I served via United States Mail a copy of the following document(s) *(2) Set(s) of New 1983 "Forced Admissions" info SJCH 12/15/15, (2) Trust printouts, (1) Declaration - Explaining Why No "IFP" pkg, (1) cover civil pg, (1) SASE*

The above-noted legal document(s) was placed in a sealed envelope, with postage thereon fully prepaid, addressed to the person at the address indicated below pursuant to California Code of Civil Procedure Section 1013. I placed the envelope or package in a mailbox or other like facility addressed to:

*To Clerk -*
*East Dist. Court. CA. Sac. Div.*
*501 "I" St. Rm. 4-200. Sac, CA 95814*

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. This document was executed on *11/23*, 2016 in San Joaquin County, California.

*W. Crisp Obie L. AL6821 (pro se)*
Type or Print Name

Signature